**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00082-CV

---

**JUDA AKUECHIAMA, EBERE AMAECHI-AKUECHIAMA, AND/OR ALL OCCUPANTS OF 3929 LAKE STAR DRIVE LEAGUE CITY, TEXAS 77573, Appellants**

**V.**

**U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, Appellees**

---

**On Appeal from County Court No. 3
Galveston County, Texas
Trial Court Cause No. CV-0085868**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 27, 2020. On March 9, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.